IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ROWLAND, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CERTAINTEED CORPORATION, et al., | : | No. 08-3671 |
| Defendants. | : | |

### ORDER

AND NOW, this **21st** day of **May**, **2009**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response thereto, and Defendants' reply thereon, following oral argument on May 18, 2009, and for the reasons set forth in this Court's opinion dated May 21, 2009, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 9) is **GRANTED in part,** and **DENIED in part**.

2. Plaintiff's Equal Pay Act claim and all failure to promote claims filed outside the statute of limitations are **DISMISSED**.

3. Plaintiff's termination claim and her failure to promote claim filed within the statute of limitations period will proceed to trial.

4. As set forth in this Court's January 13, 2009 Scheduling Order, a jury trial shall commence on June 22, 2009. The location of the trial will be Courtroom 13B, not 5C.

BY THE COURT:

_____
**Berle M. Schiller, J.**